ministrator, etc., against the F. & J. Auditore Company. No opinion. Motion for leave to appeal to the Court of Appeals from the interlocutory judgment (140 N. Y. Supp. 266) denied, without prejudice to any motion that the plaintiff may make to modify the order, so as to provide that the costs shall abide the event.

PEOPLE, Respondent, v. ATKINS, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Proceeding by the People of the State of New York against John H. Atkins. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE v. BARNES. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York against Noah E. Barnes. No opinion. Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. BAUMAN, Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York against Nan Bauman. F. H. Cunningham, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. BLAU, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Proceeding by the People of the State of New York against Philip Blau. Maurice Meyer, of New York City, for appellant. R. S. Johnstone, of New York City, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 152 App. Div. 945, 137 N. Y. Supp. 1133.

PEOPLE, Respondents, v. BOUGH, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Proceeding by the People of the State of New York against Walter Bough. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Proceeding by the People of the State of New York against Mollie Brown. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. CHARPENTIER. SAME v. COHN et al. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceedings by the People against Eugene Charpentier and against Harry Cohn and another. No opinion. Motions granted. Orders filed.

PEOPLE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York against Llewellyn C. Collins. W. H. Smith, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. DELEO, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Proceeding by the People of the State of New York against Robert Deleo. M. M. Goldsmith, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DERESI, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York against Gaetano Deresi. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. DE VITO, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York against Michael De Vito. No opinion. Judgment of conviction affirmed. See, also, 152 App. Div. 938, 137 N. Y. Supp. 1133.

PEOPLE, Respondent, v. DOVIEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Proceeding by the People of the State of New York against Joseph Doviel. No opinion. Judgment of conviction, and order denying motion for new trial upon ground of newly discovered evidence, affirmed.

PEOPLE, Respondent, v. DUCK, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York against Mock Duck. G. G. Battle, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Proceeding by the People of the State of New York against Grace Dunn. No opinion. Judgment and order unanimously affirmed.

PEOPLE, Respondent, v. FILLEY, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Proceeding by the People of the State of New York against Franklin H. Filley. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.